Angela M. Taylor, Bar No. 210425
angelataylor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:    +1.949.851.3939
Facsimile:     +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW LE,<br><br>              Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC.,<br>EXPERIAN INFORMATION SOLUTIONS,<br>and CREDIT CONTROL, LLC.,<br><br>              Defendants. | Case No. 2:25-cv-02544-CSK<br><br>Magistrate Judge Chi Soo Kim<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Date Action Filed:    September 4, 2025 |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Experian Information Solutions, Inc. ("Experian"), through its undersigned counsel of record, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned:

    a) Central Source LLC

    b) Online Data Exchange LLC

    c) New Management Services LLC

    d) VantageScore Solutions LLC

    e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: September 29, 2025                    JONES DAY

By: */s/ Angela M. Taylor*
Angela M. Taylor

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I, Angela M. Taylor, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  On September 30, 2025, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** by electronic transmission.

I am familiar with the United States District Court for the Eastern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

Cicely T. Ray
Cicely T. Ray & Associates
4740 Green River Road, Suite 314
Corona, CA  92878
T:  (951) 735-2488
F:  (951) 735-2268
Email:  cicely.ray@cicelyraylaw.com
*Attorneys for Plaintiff*

Executed on September 30, 2025, at Irvine, California.

*/s/ Angela M. Taylor*
Angela M. Taylor