Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Office Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
ANDREW LE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW LE,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., and CREDIT CONTROL, LLC.<br><br>Defendants. | Case No. 2:25-cv-02544-CSK<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, TRANS UNION, LLC.** |

Plaintiff ANDREW LE ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), hereby dismiss his claims against Defendant TRANS UNION, LLC. ("TRANS UNION"), in this action with prejudice, with each party to bear their owns costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

Dated: November 18, 2025

By:   */s/ Cicely T. Ray*
Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Office Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
ANDREW LE

# CERTIFICATE OF SERVICE

I certify that on November 18, 2025, I served Plaintiff ANDREW LE's Notice of Dismissal using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Cicely T. Ray*
Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Office Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
ANDREW LE