Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Office Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
ANDREW LE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW LE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, and CREDIT CONTROL, LLC,<br><br>　　　　Defendants. | Case No. 2:25-cv-02544-CSK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, CREDIT CONTROL, LLC** |

　　　　Plaintiff, ANDREW LE ("Plaintiff"), and Defendant, CREDIT CONTROL, LLC ("CREDIT CONTROL"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant, in this action with prejudice, with each party to bear their owns costs and attorneys' fees.

1

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, CREDIT CONTROL, LLC**

RESPECTFULLY SUBMITTED,

Dated: January 20, 2026        By:    */s/ Cicely T. Ray*
                                                                              Cicely T. Ray, Esq. (SB 213677)
                                                                              CICELY T. RAY & ASSOCIATES
                                                                              4740 Green River Road Suite 314
                                                                              Corona, CA 92878
                                                                              Office Phone: (951) 735-2488
                                                                              Email: Cicely.Ray@Cicelyraylaw.com

                                                                              Attorneys for Plaintiff,
                                                                              ANDREW LE

Dated: January 20, 2026        By:    */s/ R. Paul Barkes*
                                                                              BARKES LAW APC
                                                                              R. Paul Barkes
                                                                              21550 Oxnard St., 3rd Floor
                                                                              Woodland Hills, CA 91367
                                                                              Office/Cell: 818-912-9146
                                                                              paul.barkes@barkeslaw.com

                                                                              Attorneys for Defendant,
                                                                              CREDIT CONTROL, LLC

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, CREDIT CONTROL, LLC**

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby attests that all signatories listed above, and on whose behalf this filing is submitted, have authorized the filing.

Dated: January 20, 2026          By:     */s/ Cicely T. Ray*
                                          Cicely T. Ray

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically gives notice to all counsel of record.

By: */s/ Cicely T. Ray*
Cicely T. Ray